IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-00690-LTB-BNB

STEVEN C. SCHROER,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.
_____

**ORDER**
_____

This matter is before me on the following:

(1) Plaintiff's **Renewed Motion for Protective Order** [Doc. # 24, filed 12/20/2007] (the "Motion for Protective Order"); and

(2) **Stipulated Motion Regarding Expert Discovery Deadlines** [Doc. #33, filed 1/10/2008] (the "Stipulated Motion").

I held a hearing on the motions this morning and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion for Protective Order is DENIED. The parties may submit a revised proposed protective order consistent with my oral ruling.

IT IS FURTHER ORDERED that the Stipulated Motion is GRANTED, and the case schedule is modified to the following extent:

Expert Discovery Cut-Off: **April 18, 2008**

(The discovery cut-off for fact discovery is unchanged and remains March 14, 2008. All fact discovery must be completed by the fact discovery cut-off, and all expert discovery must be completed by the expert discovery cut-off. All written discovery must be served so that responses are due on or before the appropriate discovery cut-off.)

Dispositive Motions Deadline: **May 9, 2008**

Expert Disclosures:

(a) The parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **February 28, 2008**

(b) The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **March 28, 2008**

Dated January 11, 2008.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge