IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00690-LTB-BNB

STEVEN C. SCHROER,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

_____

# MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     IT IS ORDERED that the **Motion for Person With Final Settlement Authority to Be Available Telephonically for Settlement Conference and for Expedited Time to Respond to This Motion** [Doc. # 39, filed 2/8/2008] is GRANTED.


DATED: February 12, 2008