IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-00690-LTB-BNB

STEVEN C. SCHROER,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.
_____

**ORDER**
_____

Consistent with matters discussed this afternoon at a status conference and without objection from the parties:

IT IS ORDERED that the settlement conference set for February 21, 2008, at 1:30 p.m., is VACATED.

IT IS FURTHER ORDERED that the case schedule is modified to the following extent:

| | |
|---|---|
| Fact Discovery Cut-Off: | **April 14, 2008** |
| Expert Discovery Cut-Off: | **May 19, 2008** |
| Dispositive Motions Deadline: | **June 9, 2008** |

Expert Disclosures:

(a) The parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **March 28, 2008**

(b) The parties shall designate all rebuttal experts and provide opposing counsel with all information

specified in Fed. R. Civ. P. 26(a)(2) on or before **April 28, 2008**

IT IS FURTHER ORDERED that the final pretrial conference set for June 16, 2008, at 10:00 a.m., is VACATED and RESET to **July 15, 2008, at 10:00 a.m.** The parties shall prepare a proposed final pretrial order and shall submit it to the court no later than **July 8, 2008**.

Dated February 19, 2008.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge