IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 07-cv-00690-LTB-BNB

STEVEN C. SCHROER,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

___

**ORDER**
___

Upon the Unopposed Motion for Entry of Order Confirming Stipulation (Doc 67 - filed May 7, 2008), it is

ORDERED that the Motion is GRANTED and the Stipulation is incorporated herein as if fully set forth and is attached hereto.

                                          BY THE COURT:

                                          s/Lewis T. Babcock
                                          Lewis T. Babcock, Judge

DATED: May 15, 2008