IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-00690-LTB-BNB

STEVEN C. SCHROER,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

_____

**ORDER**
_____

This matter is before me on **Plaintiff's Cross-Motion for Partial Summary Judgment** [Doc. # 87, filed 8/18/2008] (the "Motion"). The Motion is STRICKEN.

The defendant filed a motion for summary judgment on July 14, 2008 [Doc. #71]. The plaintiff sought and received several extensions of time to respond [Docs. #79, #82, #84]. The plaintiff's response ultimately was due on August 18, 2008 [Doc. #84]. Instead of filing a response, the plaintiff filed the instant Motion. The plaintiff states that the Motion is "responsive to the defendant's motion for summary judgment," and the Motion seeks partial summary judgment. *Motion*, p. 1. However, under the local rules of this Court, "[a] cross motion for summary judgment shall not be included in a response brief. A cross motion shall be made in a separate motion . . . ." D.C.COLO.LCivR 56.1B.

In addition, the dispositive motion deadline expired on July 14, 2008 [Doc. #65]. The plaintiff has not sought to modify the Scheduling Order to extend the dispositive motion deadline

beyond that date. Therefore, insofar as the plaintiff seeks partial summary judgment, his Motion is untimely.

IT IS ORDERED that the Motion is STRICKEN.

IT IS FURTHER ORDERED that the plaintiff shall file his response to the defendant's motion for summary judgment on or before **August 28, 2008**. No further extensions of time shall be granted.

Dated August 22, 2008.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge