IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 07-cv-00690-LTB-BNB

STEVEN C. SCHROER,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

___

**ORDER**
___

This case is before me on the recommendation of the magistrate judge that defendant's Motion for Summary Judgment (Doc 71) be granted. Plaintiff has filed specific written objections to the magistrate judge's recommendation. I have, therefore, reviewed the recommendation *de novo* in light of the file and record in this case. On *de novo* review I conclude that the magistrate judge has correctly applied the standards under Fed. R. Civ. P. 56 in finding and concluding that the motion for summary judgment should be granted. Having considered the full, exhaustive and well-reasoned recommendation *de novo* in light of plaintiff's detailed, specific written objections, I conclude that the magistrate judge's recommendation is correct. Accordingly,

IT IS ORDERED that defendant's Motion for Summary Judgment (Doc 71) is GRANTED and that judgment enter dismissing plaintiff's complaint against defendant.

Dated at Denver, Colorado this 21st day of January 2009.

                              BY THE COURT:

                              s/Lewis T. Babcock
                              Lewis T. Babcock, Judge